Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205
E-mail: michael@lozeaudrury.com
          doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASONITE CORPORATION, a corporation; SIERRA LUMBER MANUFACTURERS, a corporation,<br><br>Defendants. | Case No.  2:16-cv-01833-WBS-AC<br><br>**[PROPOSED] ORDER EXTENDING PRETRIAL SCHEDULING STATUS CONFERENCE**<br><br>Date:     December 5, 2016<br>Time:    1:30 p.m.<br>Judge:   Hon. William B. Shubb |

Pursuant to the joint stipulation of the Parties, and good cause appearing, the request to extend the deadline for the Pretrial Scheduling Status Conference is GRANTED.  The Pretrial Scheduling Status Conference is hereby extended by sixty (60) days, from December 5, 2016 to February 13, 2017 at 1:30 p.m.

   IT IS SO ORDERED.
Dated:  November 2, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1461608.1

1

[PROPOSED] ORDER EXTENDING PRETRIAL SCHEDULING STATUS CONFERENCE