Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205
E-mail: michael@lozeaudrury.com
        doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASONITE CORPORATION, a corporation; SIERRA LUMBER MANUFACTURERS, a corporation,<br><br>Defendants. | Case No.  2:16-cv-01833-WBS-AC<br><br>**[PROPOSED] ORDER EXTENDING RESPONSIVE PLEADING AND PRETRIAL SCHEDULING STATUS CONFERENCE**<br><br>Date:   February 13, 2017<br>Time:   1:30 p.m.<br>Judge:  Hon. William B. Shubb |

Pursuant to the joint stipulation of the Parties, and good cause appearing, the request to extend the deadline for Defendants' responsive pleading and the Pretrial Scheduling Status Conference is GRANTED.  The deadline for Defendants' responsive pleading is hereby extended by sixty (60) days, from December 19, 2016 to February 17, 2017.  The Pretrial Scheduling Status Conference is hereby extended by thirty (30) days, from February 13, 2017 to **March 13, 2017 at 1:30 p.m.**  A Joint Status Report shall be filed no later than **February 27, 2017**.

1465640.1

1

1    IT IS SO ORDERED.

2    Dated:  December 19, 2016

3    _____
     WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE