Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205
E-mail: michael@lozeaudrury.com
        doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASONITE CORPORATION, a corporation; SIERRA LUMBER MANUFACTURERS, a corporation,<br><br>Defendants. | Case No.  2:16-cv-01833-WBS-AC<br><br>**ORDER EXTENDING RESPONSIVE PLEADING AND PRETRIAL SCHEDULING STATUS CONFERENCE**<br><br>Date:   March 13, 2017<br>Time:   1:30 p.m.<br>Judge:  Hon. William B. Shubb |

Pursuant to the joint stipulation of the Parties, and good cause appearing, the request to extend the deadline for Defendants' responsive pleading and the Pretrial Scheduling Status Conference is GRANTED.  The deadline for Defendants' responsive pleading is hereby extended by sixty (60) days, from February 17, 2017 to April 18, 2017.  The Pretrial Scheduling Status Conference is hereby extended by sixty (60) days, from March 13, 2017 to **May 22, 2017 at 1:30 p.m.**   A Joint Status Report shall be filed no later than **May 8, 2017**.

///

///

1

1
2        IT IS SO ORDERED.
3    Dated:  February 14, 2017
4                                          WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE

1472764.1                               2

[PROPOSED] ORDER EXTENDING RESPONSIVE PLEADING AND STATUS CONFERENCE