Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205
E-mail: michael@lozeaudrury.com
          doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASONITE CORPORATION, a corporation; SIERRA LUMBER MANUFACTURERS, a corporation,<br><br>Defendants. | Case No. 2:16-cv-01833-WBS-AC<br><br>**ORDER EXTENDING RESPONSIVE PLEADING AND PRETRIAL SCHEDULING STATUS CONFERENCE**<br><br>Date: May 22, 2017<br>Time: 1:30 p.m.<br>Judge: Hon. William B. Shubb |

Pursuant to the joint stipulation of the Parties, and good cause appearing, the request to extend the deadline for Defendants' responsive pleading and the Pretrial Scheduling Status Conference is GRANTED. The deadline for Defendants' responsive pleading is hereby extended by sixty (60) days, from April 18, 2017 to June 17, 2017. The Pretrial Scheduling Status Conference is hereby extended by sixty (60) days, from May 22, 2017 to July 31, 2017 at 1:30 p.m. A Joint Status Report shall be filed no later than July 17, 2017.

IT IS SO ORDERED.

Dated: April 11, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER EXTENDING RESPONSIVE PLEADING AND STATUS CONFERENCE