Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205
E-mail: michael@lozeaudrury.com
doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASONITE CORPORATION, a corporation; SIERRA LUMBER MANUFACTURERS, a corporation,<br><br>Defendants. | Case No. 2:16-cv-01833-WBS-AC<br><br>**ORDER EXTENDING RESPONSIVE PLEADING AND PRETRIAL SCHEDULING STATUS CONFERENCE**<br><br>Date: July 31, 2017<br>Time: 1:30 p.m.<br>Judge: Hon. William B. Shubb |

Pursuant to the joint stipulation of the Parties, and good cause appearing, the request to extend the deadline for Defendants' responsive pleading and the Pretrial Scheduling Status Conference is GRANTED. The deadline for Defendants' responsive pleading is hereby extended by forty-five (45) days, from June 17, 2017, to August 1, 2017. The Pretrial Scheduling Status Conference is hereby extended by forty-five (45) days, from July 31, 2017, to September 14, 2017.

///

///

1

[PROPOSED] ORDER EXTENDING RESPONSIVE PLEADING AND STATUS CONFERENCE

1       IT IS SO ORDERED.

Dated: June 15, 2017

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER EXTENDING RESPONSIVE PLEADING AND STATUS CONFERENCE