UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASONITE CORPORATION, a corporation; SIERRA LUMBER MANUFACTURERS, a corporation,<br><br>Defendants. | Case No. 2:16-cv-01833-WBS-AC<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT AND STIPULATION TO VACATE** |

## ORDER

Good cause appearing, and based on the stipulation of the parties,

IT IS HEREBY ORDERED that any and all existing deadlines and obligations in this case, including responsive pleadings, are vacated pending federal agency review of the parties' proposed settlement. A Stipulation and Dismissal of Plaintiff's Claims with Prejudice or a Joint Status Report that settlement is null and void with new proposed case-related deadlines shall be filed no later than November 3, 2017. The Scheduling Conference is reset for **November 20, 2017 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: August 18, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

1490553.1

[PROPOSED] ORDER REGARDING NOTICE OF SETTLEMENT AND STIPULATION TO VACATE