1  Michael R. Lozeau (State Bar No. 142893)
   Douglas J. Chermak (State Bar No. 233382)
2  LOZEAU DRURY LLP
   410 12th Street, Suite 250
3  Oakland, CA 94607
   Tel: (510) 836-4200
4  Fax: (510) 836-4205
   E-mail: michael@lozeaudrury.com
5          doug@lozeaudrury.com

6  Attorneys for Plaintiff
   CALIFORNIA SPORTFISHING
7  PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASONITE CORPORATION, a corporation; SIERRA LUMBER, INC., a corporation,<br><br>Defendants. | Case No. 2:16-cv-01833-WBS-AC<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE, RETAINING JURISDICTION OVER SETTLEMENT; [PROPOSED] ORDER GRANTING DISMISSAL OF CLAIMS WITH PREJUDICE, RETAINING JURISDICTION OVER SETTLEMENT**<br><br>Date: November 20, 2017<br>Time: 1:30 PM<br>Courtroom: 5<br>Judge: Hon. William B. Shubb |

WHEREAS, on May 23, 2016, Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE ("CSPA"), provided Defendants MASONITE CORPORATION and SIERRA LUMBER, INC. ("Defendants") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on August 3, 2016, CSPA filed its Complaint in this Court, and October 16, 2017, CSPA filed its First Amended Complaint in this Court to properly identify Defendant Sierra Lumber, Inc.

WHEREAS, CSPA and Defendants (the "settling parties"), through their authorized

1

representatives and without either adjudication of CSPA's claims or admission by Defendants, of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement CSPA's allegations as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") entered into by and between CSPA and Defendants, is attached hereto as Exhibit 1 and fully incorporated by reference.

WHEREAS, the settling parties submitted the Settlement Agreement to the U.S. EPA and the U.S. Department of Justice (the "federal agencies") for a 45-day statutory review period, consistent with 33 U.S.C. § 1365(c) and 40 C.F.R. § 135.5, and that review period has completed. The federal agencies submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to that the settling parties request an order from this Court (1) dismissing with prejudice CSPA's claims as to Defendants, as set forth in the Notice and Complaint, and (2) concurrently retaining jurisdiction over this matter for purposes of dispute resolution and enforcement of the Settlement Agreement.

Respectfully submitted,

DATED: October 16, 2017    LOZEAU DRURY LLP

By  */s/ Douglas J. Chermak*
DOUGLAS J. CHERMAK
Attorney for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

DATED: October 16, 2017    DOWNEY BRAND LLP

By: /s/ Nicole E. Granquist (auth. 10/16/2017)
NICOLE E. GRANQUIST
Attorney for Defendants
MASONITE CORPORATION; SIERRA LUMBER, INC.

**ORDER**

Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2), CALIFORNIA SPORTFISHING PROTECTION ALLIANCE's claims as to MASONITE CORPORATION and SIERRA LUMBER, INC., as set forth in the Notice and Complaint, are dismissed with prejudice, and the Court shall retain jurisdiction over this matter for purposes dispute resolution and enforcement of the Settlement Agreement, attached hereto as Exhibit 1 and fully incorporated by reference herein.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 17, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE